UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **TIMOTHY BURRELL** | **CIVIL DOCKET NO. 1:22-CV-00572** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SOUTHERN MAGNOLIA TRANSPORT, LLC, ET AL** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 21], noting the absence of objections thereto, and having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that Plaintiff's MOTION TO REMAND [Doc. 10] is DENIED.

THUS, DONE AND SIGNED in Chambers on this 18th day of November 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE